UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| THOMAS GREGORY LUTHER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-345-HSM-SKL |
| | ) | |
| CITY OF CHATTANOOGA, | ) | |
| TENNESSEE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a motion by Plaintiff's counsel, Attorney Robin R. Flores, seeking to withdrawal as counsel of record [Doc. 19]. A hearing was held regarding the motion on February 14, 2014. Present at the hearing were Attorney Flores on behalf of Plaintiff, as well as Attorney Phillip A. Noblett on behalf of Defendants City of Chattanooga and Officer Casey Cleveland, and Attorney D. Scott Bennett on behalf of Defendant Officer Brian Blumenberg. Plaintiff was not present at the hearing, although he received notice of the hearing.

At the hearing, Attorney Flores represented Plaintiff has ceased all contact with him, and he is therefore unable to continue to represent Plaintiff. Defendants do not object to withdrawal by Attorney Flores. In addition, Attorney Flores has certified that he complied with all of the requirements of E.D. Tenn. L.R. 83.4 for withdrawal [Doc. 28].

Accordingly, the motion to withdraw [Doc. 19] is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorney Flores as counsel of record and to mail a copy of this order to

Plaintiff at his last known address. **Plaintiff is forewarned that he must comply with all requirements of the court's scheduling order and local rules or risk dismissal of his action.**

SO ORDERED.

ENTER:

                                                s/ *Susan K. Lee*
                                                SUSAN K. LEE
                                                UNITED STATES MAGISTRATE JUDGE

2

Case 1:12-cv-00345-HSM-SKL   Document 29   Filed 02/14/14   Page 2 of 2   PageID #: 236